UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:15-00081 |
| | ) | JUDGE TRAUGER |
| ANTONIO MENDEZ-RIOS | ) | |

## MOTION TO WITHDRAW

Undersigned counsel respectfully moves to withdraw as counsel of record. After the initial appearance, undersigned counsel learned that another attorney at the Office of the Federal Public Defender is a potential witness in a related federal court proceeding, which creates a conflict.

If the Court grants this motion, Attorney Gary Tamkin of the C.J.A. panel has advised that he is available to take over as counsel of record for Mr. Mendez-Rios.

Respectfully submitted,

/s/ *Caryll S. Alpert*
CARYLL S. ALPERT (BPR#017021)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: Caryll_Alpert@fd.org

Attorney for Antonio Mendez-Rios

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2015, I electronically filed the foregoing Motion To Withdraw with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Jeffrey E. Theodore, Assistant United States Attorney, 800 Market Street, Suite 211, Knoxville, TN 37902.

/s/ *Caryll S. Alpert*
CARYLL S. ALPERT